M. P. No. 79-1. ANTHONY MARINO *et al. v.* STATE OF RHODE ISLAND *et al.* The petition for writ of certiorari is denied. *Violet, Rosin & Grossman, S. Arlene Violet, Paula Rosin,* for petitioners. *Dennis J. Roberts II,* Attorney General, *John S. Foley,* Special Assistant Attorney General, *Richard A. Skolnik,* for respondents.

M. P. No. 79-41. NORMA G. SWEET *v.* MORRIS SWEET. The petition for writ of certiorari and request for stay are denied. The stay previously granted in this case is hereby vacated. *DeSimone, Del Sesto & Del Sesto, Herbert F. DeSimone,* for petitioner. *Brosco & Brosco, A.J. Brosco,* for respondent.

APPEAL No. 77-170. BRUCE B. LANDRIGAN *v.* WILLIAM J. McELROY. This is a civil action in which the plaintiff seeks damages for injuries sustained following an alleged assault upon him by the defendant, a Warwick police officer. A Superior Court jury returned a verdict for the plaintiff in the amount of $42,029.28. The trial justice denied the defendant's motion for a new trial. He appealed.

On February 8, 1979, this case came before us in response to our order to the defendant to show cause why his appeal should not be summarily dismissed. The defendant did appear before us on this date.

After considering the briefs filed in the case and the oral argument presented, we are of the opinion that the defendant has failed to show cause and, consequently, the appeal is hereby denied and dismissed. *William Y. Chaika,* for plaintiff. *William J. Toohey,* City Solicitor, *Thomas L. McDonald,* Assistant City Solicitor, for defendant.

APPEAL No. 77-365. GERTRUDE M. JAYNE FOWLER *v.* TITLE INVESTMENT COMPANY OF AMERICA. The motion of Gertrude M. Jayne Fowler to reinstate her appeal and her motions for injunction and for appointment of counsel as prayed are denied. Mr. Justice Weisberger did not participate. *Gertrude M. Jayne Fowler,* pro se, appellant. *John E. Martinelli,* for appellee.